IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

VAQUERIA ALMEYDA INC

XXX-XX1866

CASE NO. 11-09962 BKT

Chapter 12

**FILED & ENTERED ON 11/20/2012**

Debtor(s)

INTERIM ORDER FOR THE USE OF CASH COLLATERAL

Debtors' Amended Urgent Motion requesting authorization to use cash collateral filed on October 24, 2012 (docket #158) is hereby granted. The Court enters a bridge order authorizing the use of cash collateral of creditors Banco Popular de Puerto Rico, Banco Bilbao Vizcaya Argentaria, Pan American Grain, Co., Pago Heno, Servicios de Contabilidad, Servicios de Gestoria and Juan I. Barreto (Lease) on and from the funds in Vaqueria Tres Monjitas, Inc.'s now in possession and those that become in its possession thereafter, up to and including the amounts of $194,637.00 for the month of October 2012 and and $61,502.00 for the month of November 2012 , as described in the attached exhibit.

Vaquerias Tres Monjitas, Inc. is hereby ordered and directed to stop payments to: Banco Bilbao Vizcaya Argentaria, Pan American Grain, Co., Pago Heno, Servicios de Contabilidad, Servicios de Gestoría, Juan I. Barreto (Lease).

In addition, Vaquerias Tres Monjitas, Inc. shall make the payments of the net proceeds directly to Debtor and continue making payments to Autoridad de

Tierras, Plan Médico and Puerto Rico Farm Credit.

Full accounting in writing, along with supporting evidence of the use of the funds, will be submitted to the Court on a weekly basis, stating the purpose of the expenditure, to whom it was paid, the date and the amount, with copy of this statement to be provided to the Trustee and creditors. Furthermore, this weekly report shall also include the number of cows in production, the percentage of the milk quota being produced, and the number of cows that are resting.\

This order will become final and effective immediately upon being entered on docket.

IT IS SO ORDERED.

San Juan, Puerto Rico this 20 day of November, 2012.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
VICTOR GRATACOS DIAZ
JOSE RAMON CARRION MORALES

PROYECCIONES VAQUERIA ALMEYDA, INC./ RAMON LUIS BARRETO GINORIO
OCTOBER1-14 2012**
ORDENANDO 134 VACAS PROMEDIANDO 10 LTS/VACA/DIA
PRODUCIENDO 18,760 LTS BISEMANALES
*OCUPANDO 37% DE LA CUOTA TOTAL*

**Ingresos:**   VTM

Cuota: 51,100, lts bisemananles

**Ventas:**
| | | |
|---|---|---:|
| VTM | 18,760 lts/14 días a 85¢ | 15946.00 |
| Tosca | | 0.00 |
| Venta 8,000 lts cuota @ $18.00/lt | | 0.00 |
| Dinero en banco: | | 4,000.00 |
| | **Total de Ingresos:** | 19,946.00 |

**Menos Costos Operacionales:**
| | | |
|---|---|---:|
| Salarios Empleados: | | 1,350.00 |
| Gastos Nómina: | 943 PR & Dept. Trabajo | 0.00 |
| Obligación Contributiva | 1040 PR y Forma Larga | 0.00 |
| Compra ganado | | 0.00 |
| Alimento | 225 QQ/wk a $20.00/Q | 9,000.00 ** |
| Forraje | | 0.00 |
| Medicinas y Veterinario | | 181.00 |
| Mantenimiento y reparación Finca | | 58.00 |
| Mantenimiento y Reparación Equipo | | 33.00 |
| Maquinaria Agrícola | arreglo tapa máq. Bolas | 0.00 |
| Vehículo Motor | | 0.00 |
| Gasolina y Diesel | | 230.00 |
| Seguro Finca | | 0.00 |
| Materiales y Suministros | | 354.00 |
| Inseminación | N2 & semen | 0.00 |
| Técnico pezuñas | | 0.00 |
| Veneno garrapatas | | 0.00 |
| Pesaje Leche | | 0.00 |
| Herbicida | | 0.00 |
| Servicios | (verjar y talar no en nómina) | 0.00 |
| Servicios Públicos | AEE | 0.00 |
| Servicios Profesionales | contable, gestoría, abogad | 0.00 |
| Renta finca y terrenos | | 1,000.00 |
| Flete y Acarreo transoporte bolas $3.50/bola | | 368.00 |
| Sueldo Personal | | 600.00 |
| Cesión VTM | Liq. 12 oct. 2012 | 10,891.00 *** |

**Total de Costos Operacionales:**   24065.00

**Menos Obligaciones:**
| | | |
|---|---|---:|
| BPPR | | 0.00 |
| PRFC | | 0.00 |
| BBVA | (proceeds sale milk quota) | 0.00 |
| | | 0.00 |

**Total costos operacionales y Obligaciones:**   24065.00

**Ingreso Neto:**   <u>-4,119.00</u>

***Deudor no tiene uso de cash collateral

** de estos $9,000.00,el deudor tendra que dejar a deber $4,500.00 con molino de alimento.

PROYECCIONES VAQUERIA ALMEYDA, INC./ RAMON LUIS BARRETO GINORIO
OCTOBER 14-31 2012**
ORDENANDO 134 VACAS PROMEDIANDO 10 LTS/VACA/DIA
PRODUCIENDO 18,760 LTS BISEMANALES
*OCUPANDO 37% DE LA CUOTA TOTAL*

**Ingresos:** VTM

Cuota: 51,100 lts bisemananles

**Ventas:**
| | | |
|---|---|---:|
| VTM | 28,140 lts/21 días a 85¢ | 23919.00 |
| Reembolso VTM (cesión descontada Liq. 12 oct.) | | 10,891.00 |
| Venta 8,000 lts cuota @ $18.00/lt | | 144000.00 |
| Dinero en banco: | | -4,119.00 |
| **Total de Ingresos:** | | 174,691.00 |

**Menos Costos Operacionales:**
| | | | |
|---|---|---:|---|
| Salarios Empleados: | | 2,025.00 | 3 wks |
| Gastos Nómina: | 943 PR & Dept. Trabajo | 847.00 | |
| Obligación Contributiva | 1040 PR y Forma Larga | 0.00 | |
| Compra ganado | 25 vacas a $1,600 c/u | 40000.00 ** | |
| Alimento | 225 QQ/wk a $20.00/Q | 13,500.00 | |
| Forraje | | 0.00 | |
| Medicinas y Veterinario | | 181.00 | |
| Mantenimiento y reparación Finca | | 57.00 | |
| Mantenimiento y Reparación Equipo | | 32.00 | |
| Maquinaria Agrícola | arreglo tapa máq. Bolas | 475.00 | |
| Vehículo Motor | | 150.00 | |
| Gasolina y Diesel | | 345.00 | |
| Seguro Finca | | 0.00 | |
| Materiales y Suministros | | 353.00 | |
| Inseminación | N2 & semen | 125.00 | |
| Técnico pezuñas | | 160.00 | |
| Veneno garrapatas | | 96.00 | |
| Pesaje Leche | | 175.00 | |
| Herbicida | | 134.00 | |
| Servicios | (verjar y talar no en nómina) | 0.00 | |
| Servicios Públicos | AEE | 750.00 | |
| Servicios Profesionales | contable, gestoría, abogad | 332.00 | |
| Renta finca y terrenos | | 2,102.00 | |
| Flete y Acarreo transoporte bolas $3.50/bola | | 367.00 | |
| Sueldo Personal | | 900.00 | |
| Cesión VTM | lab. & plan médico | 43.00 | |

**Total de Costos Operacionales:** 63149.00

**Menos Obligaciones:**
| | | |
|---|---|---:|
| BPPR | | 6500.00 |
| PRFC | | 0.00 |
| BBVA | (proceeds sale milk quota) | 83500.00 |

Total costos operacionales y Obligaciones:   153149.00

**Ingreso Neto:**   21,542.00

** esto representará en dic. un aumento de 5,250 lts bisemanales =9.7% de la cuota. ($8,925.00 bruto/mes) durante el mes de nov. estas vacas se incorporan a la línea de ordeño y se estabiliza su producción.

PROYECCIONES VAQUERIA ALMEYDA, INC./ RAMON LUIS BARRETO GINORIO
NOVIEMBRE 2012
ORDENANDO 146 VACAS PROMEDIANDO 11.5 LTS/VACA/DIA
PRODUCIENDO 23,506 LTS BISEMANALES
*OCUPANDO 46% DE LA CUOTA TOTAL*

**Ingresos:** VTM

Cuota: 51,100, lts bisemananles

**Ventas:**
| | | |
|---|---|---:|
| VTM | 47,012 lts/28 días a 85¢ | 39960.00 |
| Tosca | | 0.00 |
| | | 0.00 |
| Dinero en banco: | | 21,542.00 |
| **Total de Ingresos:** | | 61,502.00 |

**Menos Costos Operacionales:**
| | | |
|---|---|---:|
| Salarios Empleados: | | 2,700.00 |
| Gastos Nómina: | 943 PR | 298.00 |
| Obligación Contributiva | 1040 PR y Forma Larga | 0.00 |
| Compra ganado | 12 vacas a $1,600 c/u | 19200.00 ** |
| Alimento | 250 QQ/wk a $20.00/Q | 20,000.00 |
| Forraje | | 0.00 |
| Medicinas y Veterinario | | 394.00 |
| Mantenimiento y reparación Finca | | 115.00 |
| Mantenimiento y Reparación Equipo | | 75.00 |
| Maquinaria Agrícola | arreglo tapa máq. Bolas | 375.00 |
| Vehículo Motor | | 150.00 |
| Gasolina y Diesel | | 460.00 |
| Seguro Finca | | 0.00 |
| Materiales y Suministros | (incluye malla para bolas) | 707.00 |
| Inseminación | N2 & semen | 125.00 |
| Técnico pezuñas | | 160.00 |
| Veneno garrapatas | | 96.00 |
| Pesaje Leche | | 175.00 |
| Herbicida | | 134.00 |
| Servicios | (verjar y talar no en nómina) | 0.00 |
| Servicios Públicos | AEE | 750.00 |
| Servicios Profesionales | contable, gestoría, abogado | 664.00 |
| Renta finca y terrenos | | 3,204.00 |
| Flete y Acarreo transporte bolas $3.50/bola | | 686.00 |
| Sueldo Personal | | 1,200.00 |
| cesión VTM | plan médico & lab. VTM | 68.00 |

**Total de Costos Operacionales:** 51736.00

**Menos Obligaciones:**
| | |
|---|---:|
| BPPR | 6500.00 |
| PRFC | 0.00 |
| BBVA | 0.00 |

**Total costos operacionales y Obligaciones:** 58236.00

**Ingreso Neto:** **3,266.00**

** esto representará en ene. un aumento de 2,520 lts bisemanales =4.93% de la cuota. ($4,284.00 bruto/mes) durante el mes de dic. estas vacas se incorporan a la línea de ordeño y se estabiliza su producción.