### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF:<br><br>**VAQUERÍA ALMEYDA, INC.**<br>**RAMON LUIS BARRETO GINORIO**<br><br>Debtor(s) | CASE NO.: 11-09962<br>11-09963<br><br>CHAPTER 12 |
|---|---|

### INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

NOW COMES creditor **ORIENTAL BANK** ( BEFORE, BANCO BILBAO VIZCAYA ARGENTARIA), represented by the undersigned law firm and respectfully sets forth and prays as follows:

1. Debtor has requested from the bank a release of its lien over 850 liters of milk quota that remain from the prior sale of 8000 liters whereby the bank's claim was paid in full.

2. The bank will proceed to release its lien of the 800 liters of milk quota.

In San Juan, Puerto Rico on the 17th day of November, 2014.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing document with the Clerk using CM/ECF system, which will send notification of such filing to Debtor(s) attorney, the Chapter 12 Trustee and to all CM/ECF participants.

*/s/William Santiago-Sastre*
William Santiago-Sastre, Esq.
USDC PR 201106

DE DIEGO LAW OFFICES, PSC
Attorney for Oriental Bank
PO Box 79522, Carolina, PR 00984-9552
Tel: 787-622-3939/Fax: 787- 622-3941
E-Mail: wsantiago@mpdjlaw.com

56.28